# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT A. BAUTISTA, | : |
| Petitioner | : |
| v. | : CIVIL ACTION NO. 3:12-cv-0596 |
| | : (Judge Caputo) |
| MARY E. SABOL, et al., | : |
| Respondents. | : |

## ORDER

**NOW**, this 24th day of May, 2012, it is hereby ordered that Petitioner Robert A. Bautista's Emergency Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241(c)(3) is **GRANTED** as follows:

1. Within twenty-one days of the date of this order, Respondents shall provide Petitioner with a bond hearing before an immigration judge where if the government wishes to detain Petitioner during the course of his removal proceedings, it shall have the burden of proving that Petitioner is a flight risk or a danger to the community.

2. If a hearing is not held within twenty-one (21) days, Respondents shall release Petitioner under reasonable supervision conditions

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge