UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Robert A. Bautista (A No.: 038-509-855)

                                  Petitioner,

          v.

Mary E. Sabol, Warden, York County Prison,          CIVIL ACTION NO.: 3:12-cv-0596
The Department of Homeland Security,
Immigration and Customs Enforcement,                (Honorable Judge Caputo)
Janet Napolitano,
Thomas Decker,
David Clark and
John Morton,

                                  Respondents.

**ORDER**

On this _____ day of _____, 2012, having considered Petitioner's Request for

Publication, it is HEREBY ORDERED that Petitioner's Request is GRANTED and this Court's

May 24, 2012 Memorandum and Order shall be PUBLISHED.


SO ORDERED:

_____
                    **JUDGE CAPUTO**